**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| Timothy McGarvey & Heather McGarvey, Husband and Wife,<br><br>               Plaintiffs,<br><br>-vs-<br><br>Great Wolf Lodge of the Poconos, LLC, Great Wolf Resorts, Inc., John Does 1-3, and ABC Corps 1-3.<br><br>               Defendants. | CIVIL ACTION<br>No. 1:24- CV- 07103<br><br>**PLAINTIFFS' RENEWED MOTION**<br><br>**FOR LEAVE TO FILE AN**<br><br>**AMENDED COMPLAINT** |

**PLAINTIFFS' RENEWED MOTION FOR LEAVE TO FILE AN**

**AMENDED COMPLAINT**

Plaintiffs Timothy and Heather McGarvey, by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file the attached Proposed First Amended Complaint.

**Procedural Background**

1. On April 23, 2024, Plaintiffs filed their initial Complaint in the Superior Court of New Jersey.

2. On June 19, 2024, Defendants removed the case to this Court.

3. On January 30, 2025, Plaintiffs filed a motion for leave to amend the complaint (ECF 9) and a motion to transfer venue (ECF 10).

4. On August 25, 2025, the Court issued a Memorandum Opinion & Order (ECF 14) denying Plaintiffs' motion to amend but granting Plaintiffs leave to file a renewed motion to amend within 30 days.

**Legal Standard**

Under Fed. R. Civ. P. 15(a)(2), "[t]he court should freely give leave [to amend] when justice so requires." The Third Circuit has consistently held that leave should be granted absent undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility. *See* *Foman v. Davis,* 371 U.S. 178, 182 (1962).

**Grounds for Renewal**

5. Plaintiffs' renewed motion directly addresses the concerns identified in the Court's Memorandum Opinion & Order. Plaintiffs had previously failed to comply with local civil rule 15.1 (a)(2).

6. Plaintiffs have now cured the deficiency by attaching hereto "a form of the amended pleading that indicates in what respects it differs from the pleading which it proposes to amend by bracketing or striking through materials to be deleted and the underlined area to be added". L.Civ.R.15.1(a)(2).

7. The Proposed First Amended Complaint clarifies jurisdiction and venue, cures pleading deficiencies, and properly names newly identified responsible parties.

8. Plaintiffs propose to effectuate proper service on all Defendants, should this Court grant the requested relief.

9. Plaintiffs have requested Defendants' consent to file this Amended Complaint. At this time, there has been no response.

10. The proposed amendments are not sought for the purpose of delay, will not prejudice Defendants, and will allow this matter to proceed on its merits in the proper forum.

**Conclusion**

For the foregoing reasons, Plaintiffs respectfully request that this Court:

a) Grant leave to file the attached Proposed First Amended Complaint;

b) Direct the Clerk to docket the Amended Complaint as of the date of the Court's order; and,

c) Grant such further relief as the Court deems just and proper.

Date: September 24, 2025

Respectfully submitted,

DI CROCE LAW FIRM, P.C.

*Attorney for Plaintiffs*

Michael S. Di Croce, Esquire
NJ Attorney Id: 000231984 / PA Attorney Id: 40508
DI CROCE LAW OFFICE, P.C.
276 Indian Mills Road, Shamong, New Jersey 08088
Telephone: (609) 268-6331
mdclegal@comcast.net